# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJOHN LEE CRAIG, | Case No. CV 13-1780 PSG (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| RON BARNES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 23, 2014

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE